PETER M. HART (SBN. 198691)
hartpeter@msn.com
PETER CHOI (SBN 249482)
Pchoi.loph@gmail.com
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025
Telephone:   (310) 207-0109
Facsimile:    (509) 561-6441

JS-6

Attorneys for Plaintiff CLAUDIA BARRAZA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BARRAZA, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC, a Delaware corporation;, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No. 5:16-CV-00134-JFW (SPx)<br><br>**ORDER ON JOINT STIPULATION REQUESTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

## JOINT STIPULATION

Plaintiff Claudia Barraza ("Plaintiff") on the one hand, and Defendant Ritz-Carlton Hotel Company, LLC ("Defendant") on the other hand, (collectively, "the Parties"), by through their attorneys of record in this case, and pursuant to Fed. R. Civ. P. 23 and 41, stipulate as follows:

Whereas: On December 21, 2015, Plaintiff filed this putative wage and hour class action in the Superior Court of California County of Los Angeles, which was removed to the Central District of California (Eastern Division) on January 22, 2016, and subsequently re-assigned to this Court;

1   Case No. 5:16-CV-00134-JFW (SPx)
ORDER ON JOINT STIPULATION REQUESTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

Whereas: No notice of this Action has been sent to any potential class member, such as by way of a privacy opt-out notice or any other notice;

Whereas: This Action also has not been certified by any Court, and no settlement of the Action has been reached;

Whereas: No consideration, direct or indirect, has been received as a part of the Parties' Joint Stipulation Requesting Dismissal of the Action in its Entirety without prejudice by either counsel for Plaintiff or by Plaintiff;

Whereas: Each Party believes that it will not be prejudiced should the Court grant dismissal of this Action without prejudice;

THEREFORE, IT IS HEREBY STIPULATED and respectfully requested pursuant to FRCP 41(a)(1)(A)(ii) and Paragraph 7 of this Court's Standing Order [Doc. No. 9] dated January 27, 2016 that the Court dismiss this Action in its entirety without prejudice, and that each Party shall bear their own costs and attorneys' fees in this matter.

Having reviewed the declaration of Peter M. Hart in support of the Parties' request for dismissal of the entire Action without prejudice and the Parties' Joint Stipulation Requesting Dismissal of Entire Action Without Prejudice, and having found good cause therefore, IT IS HEREBY ORDERED: that the above entitled Action shall be dismissed without prejudice, and that each Party shall bear their own costs and attorneys' fees in this matter.

DATED: March 18, 2016

Hon. John Walter

(SPx)

ORDER ON JOINT STIPULATION REQUESTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE